**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00519-LTB

PATRICIA SELLERS,

      Plaintiff,

v.

TIBURON FINANCIAL, LLC, a Nebraska limited liability company,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 3 - filed April 18, 2008), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: April 21, 2008